IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL WILLIAMS,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CARSON CONCRETE CORPORATION, CARCO CONSTRUCTION CORPORATION, HUNTER ROBERTS CONSTRUCTION GROUP, LLC AND ANTHONY J. SAMANGO, JR.,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  20-5569** |

**O R D E R**

**AND NOW**, this 20th day of April, 2021, upon consideration of Defendants' Motions to Dismiss Plaintiff's Amended Complaint and briefing in support thereof (ECF Nos. 18, 22, 24 & 26) and Plaintiff's responses thereto (ECF Nos. 23 & 25), **IT IS ORDERED** that:

1.　　Defendants Carson Concrete Corporation ("Carson"), Carco Construction Corporation ("Carco"), and Anthony J. Samango, Jr.'s Motion to Dismiss (ECF No. 18) is **GRANTED IN PART** and **DENIED IN PART**.  The Motion is **DENIED** with respect to Plaintiff's claims against Carson and Samango.  It is **GRANTED** with respect to Plaintiff's claims against Carco, which are **DISMISSED WITH PREJUDICE**.

2.　　Hunter Roberts Construction Group, LLC's ("Hunter") Motion to Dismiss (ECF No. 22) is **GRANTED**.  Plaintiff's claims against Hunter are **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**