IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL WILLIAMS,<br>　　　　Plaintiff,<br><br>v.<br><br>CARSON CONCRETE CORPORATION<br>AND ANTHONY J. SAMANGO, JR.<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 20-5569 |

## ORDER

**AND NOW**, this 29th day of November 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 40), Plaintiff's Response in Opposition thereto (ECF No. 41), and Defendants' Reply (ECF No. 42), it is **HEREBY ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** and all claims against Defendant Anthony J. Samango, Jr. are **DISMISSED WITH PREJUDICE.**  In all other respects, Defendants' Motion for Summary Judgment is **DENIED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**